[No. 32116-1-I.   Division One.   December 13, 1993.]

STEPHEN K. MONRO, ET AL, *Appellants*, v. PHILLIP
RANHEIM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snoho-

mish County, No. 91-2-04336-0, Richard J. Thorpe, J., entered February 8, 1993. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Forrest, J.